UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G., a minor, identified through the Office of Administrative Hearings Case No. 2015080481, by and through his Parent, IDA GARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | No.  2:16-CV-02412 JAM-AC<br><br>**RECUSAL ORDER** |

　　Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

　　Good cause appearing therefor,

　　IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

　　IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

///

1

1         IT IS FURTHER ORDERED that the Clerk of the Court reassign
2    this case to another judge for all further proceedings and that
3    the Clerk of the Court make appropriate adjustment in the
4    assignment of civil cases to compensate for this reassignment.
5         IT IS SO ORDERED.
6    DATED:  October 26, 2016

                                    /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ
                                    United States District Court Judge