NICOLE HODGE AMEY Bar No. 215157
hodgelaw@gmail.com
LAW OFFICE OF NICOLE HODGE AMEY
8033 MacArthur Blvd., Suite #5100
Oakland, CA 94605
Telephone: (510) 569-3666
Facsimile: (1) (714) 276-6437

Attorney for Plaintiff E.G.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G., <br><br> Plaintiff <br><br> v. <br><br> ELK GROVE UNIFIED SCHOOL DISTRICT, a public entity, <br><br> Defendant, | Case No: 2:16-CV-02412 <br><br> **ORDER** <br><br> (Related Case) 2:15- CV-02312-TLN-KJN |

The Court, having received and considered the application of Ida Garrett for her appointment as *guardian ad litem* of Plaintiff E.G. in this civil action, and good cause appearing therefor,

It is hereby ordered that Ida Garrett is appointed to act as the *guardian ad litem* for Plaintiff E.G., in the above-entitled civil action.

IT IS SO ORDERED.

Dated:  November 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE