UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G., a minor, by and through his parent IDA GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, a public entity,<br><br>Defendant. | No. 2:16-cv-02412-TLN-KJN<br><br>PRETRIAL SCHEDULING ORDER |

After reviewing the parties' Joint Status Report filed May 19, 2017, the Court makes the following Pretrial Scheduling Order.

I. SERVICE OF PROCESS

All named Defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II. ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.

///

1

III.     JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. section 1331. Jurisdiction and venue are not contested.

IV.     DISCOVERY

In agreeing that no need for additional discovery is indicated at this time, the parties appear to concede that judicial review of agency decisions is limited to the administrative record, unless a need to expand that record is demonstrated by the parties. See <u>Southwest Center for Biological Diversity v. U.S.</u>, 100 F.3d 1443, 1450 (9th Cir. 1996); see also 5 U.S.C. § 706. Consequently, the Court's review will be limited to the administrative record unless good cause is found for augmentation of that record. Defendants will serve on Plaintiffs and certify and lodge an electronic copy of the complete Administrative Record on CD or DVD with the Court by **July 12, 2017.** Plaintiffs shall file any motions objecting to the adequacy of the Administrative Record by **July 26, 2017**.

V.     MOTION HEARING SCHEDULE

The parties have agreed that cross-motions for summary judgment are appropriate for purposes of resolving this litigation. As proposed by the parties, these motions will be governed by the following parameters:

1.     The parties shall file their Motion for Summary Judgment no later than **August 10, 2017**.

2.     The parties shall file their Oppositions no later than **August 24, 2017.**

3.     The parties shall file their Replies no later than **August 31, 2017.**

4.   The hearing for the motions shall be noticed for
**September 7, 2017 at 2:00 p.m.**

     5.   A brief statement of facts will be included in the parties' briefs with cites to the pertinent sections of the administrative record. No separate statement of facts is required.

     All purely legal issues are to be resolved by timely pretrial motions.  Failure to comply with Local Rules 230 and 260, as modified by this Order, may be deemed consent to the motion and the Court may dispose of the motion summarily. Further, failure to timely oppose a summary judgment motion[1] may result in the granting of that motion if the movant shifts the burden to the nonmovant to demonstrate that a genuine issue of material fact remains for trial.

     For the Court's convenience, citations to Supreme Court cases should include parallel citations to the Supreme Court Reporter.

VI.     TRIAL

     Due to the nature of the case, no trial date is currently set. A trial date shall be set at a later date if necessary.

     VII.   MODIFICATION OF PRETRIAL SCHEDULING ORDER

     The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of **good cause**.  Agreement by the parties pursuant to stipulation alone to modify the Pretrial Scheduling Order does not constitute

---

[1] The Court urges any party that contemplates bringing a motion for summary judgment or who must oppose a motion for summary judgment to review Local Rule 260.

good cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel will not constitute good cause.

VIII. <u>OBJECTIONS TO PRETRIAL SCHEDULING ORDER</u>

This Pretrial Scheduling Order will become final without further order of the Court unless objections are filed within fourteen (14) days of service of this Order.

IT IS SO ORDERED.

DATED: May 23, 2017

Troy L. Nunley
United States District Judge