LAURI A. ARROWSMITH, Bar No. 207061
Lauri.arrowsmith@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue, Suite 1000
Irvine CA  92612
Telephone:  (949) 263-2600
Facsimile:  (949) 260-0972

Attorneys for Defendant
ELK GROVE UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF

| E.G., a minor, by his parent, IDA GARRETT<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.  2:16-CV-02412 TLN KJN<br><br>ORDER SEALING ADMININSTRATIVE RECORD |
|---|---|

    The Court, having reviewed all of the papers submitted in support of Defendant Elk Grove Unified School District ("Defendant") motion to seal the Administrative Record of this proceeding, dated July 12, 2017 ("Motion"), and good cause appearing therefore, rules as follows:

    The Motion is granted.  The Court hereby orders, adjudges and decrees that the Administrative Record and the Ex Parte Application to Seal Administrative Record in this action be sealed.  Any judicial records, including but not limited to, documents, exhibits, transcripts or copies of the aforementioned materials shall be filed with the clerk under seal and shall not be disclosed without a further Court Order.  A copy of the Index to the Administrative Record is attached to the Notice

1 of Lodging Administrative Record which contains an enumerated list of all
2 documents to be filed under seal.  Such documents may only be examined by the
3 litigants, the Court and Court personnel.

5 DATED: July 13, 2017

                         Troy L. Nunley
                         United States District Judge